# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PATRICK D. PEARSON, *pro se,*

    Plaintiff,

v.                                            Case No: 8:13-cv-1409-T-30TGW

MAYSONET GROUP LLC and
MONEY TREE USA LLC,

    Defendants.

---

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua* sponte. A review of the file indicates that Plaintiff has failed to file an Amended Complaint within the time specified in this Court's Order (Dkt. #4) entered on May 30, 2013. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     Any pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of June, 2013.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cv-1409 dismissal.docx